### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF KANSAS

In Re: Jeremy David Nicol                       Case No. 17-41501
       Heather Marie Nicol
            Debtors.

## MOTION TO WITHDRAW
## COMBINED WITH NOTICE TO CLIENT

COMES NOW Kerry M. Gasper, attorney for Debtors, and moves the Court for an Order allowing said attorney to withdraw as counsel for the Debtors. In support of this Motion, the Movant shows the Court as follows:

1. Debtors hired counsel to assist in filing a Chapter 13 Bankruptcy Petition.

2. The Debtors are currently going through a divorce and due to their divorce, Debtor's counsel can no longer act in their best interests.

3. Debtors are hereby admonished that Debtors are personally responsible for complying with all orders of the court and the time limitations established by the rules of procedure or by court order.

4. Counsel has advised each party to seek legal counsel to assist them in their bankruptcy.

5. Debtors are hereby given notice that there are no hearings currently scheduled for their case.

6. On information and belief, Debtor, Jeremy David Nicol's current mailing address is: 733 NW Page Lane, Topeka, KS 66617, and Debtor, Heather Marie Nicol's current mailing address is: 831 SW Jewell, Topeka, KS 66606.

WHEREFORE, Kerry M. Gasper respectfully prays this Court for an Order allowing him to withdraw as attorney for Debtors.

Respectfully submitted,

/s/ Kerry M. Gasper, No. 12551
Kerry M. Gasper, #12551
Mack & Associates, LLC
2850 SW Mission Woods Drive
Topeka, Kansas 66614
(785) 274-9040
kerry@kansasjustice.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

On this the 7th day of May, 2019, the undersigned, Kerry M. Gasper, does hereby certify that he caused a true and accurate copy of the above and foregoing document to be deposited in the United States mail, Certified with a Return Receipt, postage prepaid, addressed to the following:

Jeremy David Nicol
733 NW Page Lane
Topeka, KS 66617

Heather Marie Nicol
831 SW Jewell
Topeka, KS 66606

Respectfully submitted,

/s/ Kerry M. Gasper, No. 12551

Kerry M. Gasper, #12551