MIME-Version:1.0
From:cmecf@ksb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: bdms@topeka13trustee.com, chuck@engellawpa.com, claims@recoverycorp.com, igotnotices.kansasjustice@gmail.com, mackar73496@notify.bestcase.com, kerry@kansasjustice.com, secured@becket-lee.com, ustpregion20.wi.ecf@usdoj.gov
Do not notice for BK case:

Message-Id:<26705925@ksb.uscourts.gov>
Subject:17-41501 Order to Continue Hearing - Text Order  Ch 13 Jeremy David Nicol and Heather Marie Nicol

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Kansas

Notice of Electronic Filing

The following transaction was received from tbc entered on 5/14/2019 at 2:07 PM CDT and filed on 5/14/2019
**Case Name:**     Jeremy David Nicol and Heather Marie Nicol
**Case Number:**     17-41501
**Document Number:** 55

**Docket Text:**

### ORDER CONTINUING HEARING.

Reason for continuance: $240 delinquency, last payment was in March; Mr. Gasper has filed a motion to withdraw as counsel. So ORDERED by s/ *Dale L. Somers*. (related documents *[44] Motion for Dismissal for Failure to Make Plan Payments . Filed on behalf of Trustee Jan Hamilton, with Certificate of Service.*)Hearing scheduled 6/11/2019 at 09:00 AM at Topeka Room 210.(tbc)

THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. (When filing a certificate of service for this order, relate it back to the epo category.)

*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

The following document(s) are associated with this transaction:

**17-41501 Notice will be electronically mailed to:**

Charles T. Engel on behalf of Creditor Joseph Hawkinson
chuck@engellawpa.com

Kerry M Gasper on behalf of Debtor Jeremy David Nicol
kerry@kansasjustice.com, igotnotices.kansasjustice@gmail.com;mackar73496@notify.bestcase.com

Kerry M Gasper on behalf of Joint Debtor Heather Marie Nicol
kerry@kansasjustice.com, igotnotices.kansasjustice@gmail.com;mackar73496@notify.bestcase.com

Jan Hamilton
bdms@topeka13trustee.com

Sabari Mukherjee on behalf of Creditor American First Finance
secured@becket-lee.com

Valerie L Smith on behalf of Creditor PRA Receivables Management, LLC
claims@recoverycorp.com

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

**17-41501 Notice will not be electronically mailed to:**

US Department of Education
P O Box 16448
Saint Paul, MN 55116-0448