# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:  Jeremy David Nicol<br>         Heather Marie Nicol<br>                     Debtors. | Case No.  17-41501 |

## NOTICE OF SERVICE

    On this day the 10th day of July, 2019, the undersigned, Kerry M. Gasper, does hereby certify that Jeremy Nicol was served by Certified Mail with a Return Receipt on June 12, 2019 and Heather Nicol was served by Certified Mail with a Return Receipt on June 12, 2019.

                                        Respectfully submitted,

                                        /s/ Kerry M. Gasper, No. 12551

                                        Kerry M. Gasper, #12551

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**
$ 3.50

**Extra Services & Fees** (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy)      $ 2.80
- [ ] Return Receipt (electronic)    $
- [ ] Certified Mail Restricted Delivery  $
- [ ] Adult Signature Required       $
- [ ] Adult Signature Restricted Delivery  $

Postmark Here

**Postage**
$ .50

**Total Postage and Fees**
$ 6.80

**Sent To** Heather Marie Nicol
**Street and Apt. No., or PO Box No.** 831 SW Jewell Ave
**City, State, ZIP+4®** Topeka KS 66606

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1450 0002 2652 1364

Case 17-41501    Doc#

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Heather Marie Nicol
831 SW Jewell Ave
Topeka KS 66606

9590 9402 3434 7275 5088 37

**2. Article Number** *(Transfer from service label)*

7017 1450 0002 2652 1164

PS Form **3811**, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

**A. Signature**
X *[signature: Heather]*
☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)*
Heather Nicol

**C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.50

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)       $ 2.80
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .50

Total Postage and Fees
$ 6.80

Sent To Jeremy David Nicol
Street and Apt. No., or PO Box No. 733 NW Page Lane
City, State, ZIP+4® Topeka KS 66617

7016 3010 0000 6518 6570

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Case 17-41501    Doc#

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Jeremy David Nicol
733 NW Page Lane
Topeka KS 66617



9590 9402 3434 7275 5088 20

**2. Article Number** *(Transfer from service label)*

7016 3010 0000 6518 6570

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X Carolyn S. Nicol
☑ Agent
☐ Addressee

**B. Received by** *(Printed Name)*
Carolyn S. Nicol

**C. Date of Delivery**
6-12-19

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☑ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case 17-41501    Doc# 63    Filed 07/10/19    Page